UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.                            **ORDER**
                              Civil File No. 14-3395 (MJD/TNL)

STEVEN R. MARKUSEN,
JAY C. COPE, and ARCHER
ADVISORS LLC,

        Defendants.

---

Based upon the files, records, and proceedings herein, **IT IS HEREBY**

**ORDERED**:

1. U.S. Securities and Exchange Commission's Motion to Amend Final Judgment as to Defendants Archer and Markusen [Docket No 60] is **GRANTED**.

2. The Judgment [Docket No. 59] is amended to add the following language:

Defendants Steven R. Markusen and Archer Advisors LLC are permanently restrained and enjoined from violating Section 206(4) of the Advisers Act, 15 U.S.C. § 80b-6(4), and Rule 206(4)-8 promulgated thereunder, 17 C.F.R. § 275.206(4)-8, by directly or indirectly, while acting as an investment adviser to a pooled

investment vehicle, using any means and instrumentalities of interstate commerce, or of the mails:

a. to engage in transactions, practices, and courses of business which operate as a fraud or deceit upon investors;

b. to make untrue statements of a material fact or omit to state a material fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor; or

c. to otherwise engage in acts, practices or courses of business that was fraudulent, deceptive, or manipulative with respect to any investor or prospective investor.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 17, 2016           s/ Michael J. Davis
                                Michael J. Davis
                                United States District Court