# UNITED STATES DISTRICT COURT
## District of Minnesota

United States Securities and Exchange
Commission

                        Plaintiff,

v.

Steven R. Markusen, Jay C. Cope, Archer
Advisors, LLC

                        Defendant(s).

## JUDGMENT IN A CIVIL CASE

Civil File No.   14-3395 (MJD/TNL)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. U.S. Securities and Exchange Commission's Motion to Amend Final Judgment as to Defendants Archer and Markusen [Docket No 60] is **GRANTED**.

2. The Judgment [Docket No. 59] is amended to add the following language:

Defendants Steven R. Markusen and Archer Advisors LLC are permanently restrained and enjoined from violating Section 206(4) of the Advisers Act, 15 U.S.C. § 80b-6(4), and Rule 206(4)-8 promulgated thereunder, 17 C.F.R. § 275.206(4)-8, by directly or indirectly, while acting as an investment adviser to a pooled investment vehicle, using any means and instrumentalities of interstate commerce, or of the mails:
a. to engage in transactions, practices, and courses of business which operate as a fraud or deceit upon investors;
b. to make untrue statements of a material fact or omit to state a material fact necessary to make the statements made, in the light of the circumstances under which they were made, not misleading, to any investor or prospective investor; or

c. to otherwise engage in acts, practices or courses of business that was fraudulent, deceptive, or manipulative with respect to any investor or prospective investor.

Date: June 17, 2016                                          RICHARD D. SLETTEN, CLERK

                                                                     s/Leah E. Gilgenbach
                                        (By)            Leah E. Gilgenbach, Deputy Clerk