IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 0:14-cv-03395-MJD/TNL ) |
| JAY C. COPE<br>8726 Ridge Ponds Court<br>Victoria, MN 55386, | ) ) ) ) |
| | ) Unpaid Balance $730,322.23[1] |
| Defendant-Judgment Debtor, | ) plus interest |
| and | ) April 27, 2016 |
| WELLS FARGO BANK, N.A., and its successors or assigns, | ) ) ) ) |
| Garnishee. | ) ) |

## ORDER

This case is before the Court upon Plaintiff's, United States Securities and Exchange Commission ("Judgment Creditor" or "Commission"), Application for Writ of Garnishment ("Application"), and the record as a whole.  Having considered the Commission's Application and all pleadings and documents filed therewith, this Court finds as follows:

   1.   This Court has jurisdiction over the subject matter of the action and over the Defendant Jay C. Cope ("Cope" or "Judgment Debtor").

   2.   The record establishes that on April 27, 2016, this Court entered a final judgment

---

[1] Mr. Cope's judgment includes disgorgement in the amount of $549,284.97, prejudgment interest in the amount of $81,037.26, and a civil penalty of $100,000. The Commission notes that only the disgorgement and prejudgment amounts, plus post-judgment interest thereon, are sought.

("Judgment") in favor of the Commission, and against Cope, which ordered him to pay disgorgement and prejudgment interest in the total amount of $630,322.23. [Docket No. 59][2]

3. Cope has failed to make any payments in partial or full satisfaction of his Judgment.

4. WHEREAS, on February 24, 2021, an Application for Writ of Garnishment was filed by the Commission against Cope that named Wells Fargo Bank as the garnishee. [Docket No. 65]

Now, therefore,

IT IS HEREBY ORDERED that the Judgment Creditor's Application for a Writ of Garnishment [Docket No. 65] is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that a Writ of Garnishment in the amount of $630,322.23 plus interest is hereby **ISSUED** in favor of Judgment Creditor, United States Securities and Exchange Commission, and against Judgment Debtor, Jay C. Cope.

Dated:  February 25, 2021

                                                               s/Michael J. Davis
Honorable Michael J. Davis
United States District Court

---

[2] It is noted that only the disgorgement amount, which includes prejudgment interest, and post-judgment interest thereon is sought in the Commission's motion for writ of garnishment.